**IN THE DISTRICT COURT OF THE U.S. VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **HARRY SINGH,** ) | |
| ) | |
| Petitioner, ) | Civil No. 181 / 2009 |
| vs. ) | |
| ) | |
| **HENRY PETERS,** ) | |
| ) | |
| Respondent. ) | |
| _____) | |

## ORDER

**THIS MATTER** comes before the Court on Petitioner's *Motion to Show Cause for Contempt*. Petitioner requests the Court initiate contempt proceedings for Respondent's failure to appear at the April 22, 2014 examination in aid of execution of judgment. Respondent was served with notice of the hearing on February 10, 2014, but failed to appear or otherwise notify the Court of his absence. Therefore, pursuant to its inherent contempt powers to compel compliance with Court orders, *In re Kendall*, 712 F.3d 814, 816 (3d Cir. 2013), the Court will schedule a show cause hearing on _____, 2014, at _____ AM / PM, at which time Respondent shall appear and show cause why he should not be held in contempt for failure to comply with the Court's previous orders.

**DONE AND SO ORDERED** this _____ day of _____.

_____
**RUTH MILLER**
United States Magistrate Judge